IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

EDNA PAULEY,

        Plaintiff,

v.                                 CIVIL ACTION NO. 3:05-0597

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## JUDGMENT ORDER

In accordance with the accompanying order, the Court **REMANDS** this case to the Commissioner for further proceedings.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

                ENTER:       March 23, 2007

                ROBERT C. CHAMBERS
                UNITED STATES DISTRICT JUDGE